5061.   JOINER, adm'r, v. MOHR & SONS.

5062.   JOINER, adm'r, v. CARLSBAD MANUFACTURING COMPANY.

5063.   JOINER, adm'r, v. WILBUR & SON.

ROAN, J. These cases are controlled by the decision in *Joiner* v. *Dougherty-Ward-Little Company*, ante, 360 (80 S. E. 854). *Judgment reversed.* DECIDED DECEMBER 9, 1913. REHEARING DENIED FEBRUARY 4, 1914.

Garnishment; from city court of Nashville—Judge Cranford presiding. May 15, 1913.

*Alexander & Gary, W. D. Buie,* for plaintiff in error.
*Hendricks & Hendricks,* contra.